DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAGDADENE DIEUVIL, GUILFORT DIEUVIL** and **FRANTZ DUVAL,**
Appellants,

v.

**CANYON ISLES HOMEOWNERS ASSOCIATION,**
Appellee.

Nos. 4D2022-1642 and 4D2023-0294

[February 8, 2024]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Senior Judge; L.T. Case No. 502020CA003875XXXXMB.

Magdadene Dieuvil and Guilfort Dieuvil, Vero Beach, and Frantz Duval, West Palm Beach, pro se.

Jeremy Scott Dicker of Sachs Sax Caplan, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*